UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

NATHAN BEMENT,

    *Plaintiff-Appellant,*

v.                                                       Case No. 25-1915

UNITED AIRLINES, INC.,

    *Defendant-Appellee.*

## APPELLANT'S AMENDED DOCKETING STATEMENT

*JURISDICTION OF THE DISTRICT COURT*

The district court had jurisdiction as a civil action arising under the laws of the United States pursuant to 28 U.S.C. §§ 1331, 1343, specifically Title VII of the Civil Rights Act of 1964. 42 U.S.C. § 2000e, *et seq.*

*JURISDICTION OF THE COURT OF APPEALS*

This Court has jurisdiction over this appeal pursuant to 28 U.S.C. § 1291 as this appeal stems from the final decision of the District Court of the Northern District of Illinois, a district court of the United States.

    The Notice of Appeal was filed on May 29, 2025.

    The Docketing Statement for this was due on June 4, 2025

    The Transcript Information Sheet for this matter is due on June 12, 2025.

    The Appellant Brief is due on July 8, 2025.

    This appeal is from the final judgment rendered by the United States District Court for the Northern District of Illinois, Eastern Division entered on May 5, 2025.

    The District Court case number for this matter is: 1:24-cv-09201

    Prior to the transfer of venue, the case was docketed in the United States District Court for the Middle District of Florida, Orlando Division, under Case No. 6:24-CV-873-PGB-EJK

    This Docketing Statement has complied with Circuit Rule 3(c) and 28(a).

Dated: June 6, 2025

Respectfully Submitted,

*John M. Pierce*

John Mark Pierce
JOHN PIERCE LAW P.C.
21550 Oxnard Street, 3rd Floor
Woodland Hills, CA 91367
Tel. (662) 603-2750
Email: jpierce@johnpiercelaw.com
